IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DANIEL TURNER,

    Petitioner,

v.

JAMIE MILLER,

    Respondent.

Case No. 2:23-cv-01002-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation (ECF No. 31), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, this Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no errors and concludes the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 31) is adopted in full. The petition is denied.

IT IS SO ORDERED.

DATED this 27th day of January, 2025.

                                                s/Michael J. McShane
                                                Michael J. McShane
                                              United States District Judge

1 –ORDER